Alex C. Park [SBN 197781]
LAW OFFICES OF ALEX C. PARK
4675 Stevens Creek Blvd., Suite 100
Santa Clara, CA 95051
Telephone: (408) 246-1515
Facsimile: (408) 246-4105
Email: alexcpark@yahoo.com

Attorneys for Defendant

**IT IS SO ORDERED AS MODIFIED.**
*Paul S. Grewal*
Judge Paul S. Grewal

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR 12-00396-1 PSG |
| ) | |
| Plaintiffs, ) | STIPULATION AND [~~PROPOSED~~] |
| ) | ORDER TO RESET |
| vs. ) | CALENDARING DATE FOR |
| ) | SENTENCING HEARING |
| VECTOR FABRICATION, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Defendant, Vector Fabrication, through its counsel of record, Alex C. Park, Esq., and approved by Plaintiff United States of America, through counsel of record, Assistant United States Attorney Daniel Kaleba, hereby submit this stipulation and proposed order to reschedule the Sentencing hearing.

WHEREAS, the Sentencing hearing is currently scheduled to be held at 10:30 a.m. on August 30, 2012 and Defendant requests that the hearing be rescheduled for September 27, 2012;

WHEREAS, the CEO of Vector Fabrication, Quong Luong, is on an important business trip to Vietnam and will not be returning to the United States in time to attend the Sentencing hearing currently scheduled on August 30, 2012;

WHEREAS, counsel for Defendant, Alex C. Park, Esq., has a scheduling conflict on the date of the Sentencing hearing of August 30, 2012;

WHEREAS, for good cause, counsel for Defendant Vector Fabrication requests that the current date be changed to allow for the attendance of the CEO for Vector Fabrication and to avoid a pending scheduling conflict on behalf of Defendant's counsel;

WHEREAS, Plaintiff United States of America, through counsel of record, Assistant United States Attorney, Daniel Kaleba, hereby agree to this stipulation and proposed order;

WHEREAS, Defendant Vector Fabrication, hereby waives the addition of time from August 30, 2012 until the proposed Sentencing hearing, September 27, 2012; and

NOW THEREFORE, the undersigned parties, by and through their counsel of record respectfully stipulate as follows:

1. The pending Sentencing hearing will be rescheduled to Qevqdgt"6, 2012;

2. The additional time allowed for the later Sentencing hearing is hereby waived.

Respectfully submitted,

LAW OFFICES OF ALEX C. PARK

DATED: August 23, 2012  By: */s/ Alex Park*
ALEX C. PARK
Attorney for Defendant

MELINDA HAAG
United States Attorney

DATED: August 23, 2012  By: */s/ Daniel Kaleba*
DANIEL KALEBA
Assistant U.S. Attorney
Attorneys for Plaintiff

ORDER

For good cause shown above,

IT IS SO ORDERED.

DATED: Cwi wuv"49."4234
HONORABLE PAUL SINGH GREWAL
UNITED STATES DISTRICT COURT JUDGE